1  Abe G. Salen (SBN 182366)
   Email: abe.salen@wolffirm.com
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA 92614
   Telephone: (949) 720-9200
4  Fax: (949) 608-0129

5  Attorneys for Defendant
   THE WOLF FIRM, A Law Corporation, erroneously sued as THE WOLF LAW FIRM,
6  A Law Corporation

7

8              UNITED STATES DISTRICT OF CALIFORNIA

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 VICTORIA A. AMELINA, an individual; and A.A.; D.S and B.S., each individuals and minors by and through their Gaurdian Ad Litem, Victoria A. Amelina | Case No.: 14CV1906-WQH-NLS |
| | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| Plaintiffs, | |
| vs. | Complaint Filed : August 13, 2014<br>Trial Date : Not Set |
| MANUFACTURES AND TRADERS TRUST COMPANY aka M&T BANK; SAFEGUARD PROPERTIES, LLC.; and THE WOLF LAW FIRM, A Law Corporation. | |
| Defendants. | |

23      TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
24  DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR COUNSEL OF
25  RECORD:
26      Pursuant to Federal L.R. 40.2, the undersigned certifies that the following listed
27  persons, associations of persons, firms, partnerships, corporations (including parent
28  corporations) or other entities (i) have financial interest in the subject matter in the

controversy or in a party to the proceeding, or (ii) have non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff VICTORIA A. AMELINA
2. Plaintiffs A.A.; D.S and B.S., each individuals and minors by and through their Gaurdian Ad Litem, Victoria A. Amelina
3. Defendant MANUFACTURES AND TRADERS TRUST COMPANY aka M&T BANK
4. SAFEGUARD PROPERTIES, LLC.
5. THE WOLF LAW FIRM, A Law Corporation

Dated: October 8, 2014

Respectfully submitted,

The Wolf Firm, a Law Corporation

By: /s/ *Abe G. Salen*
Abe G. Salen, Esq. (182366)
Attorneys for Defendant,
THE WOLF FIRM, A Law Corporation

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to nor interested in the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614.

A true and correct copy of the foregoing document(s), entitled:
**NOTICE OF PARTY WITH FINANCIAL INTEREST** will be served or was served (a) on the judge in chambers in the form and manner required by Local Rule ("LR") 5.4.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders, the foregoing documents will be served by the Court via NEF and hyperlink to the document. On October 8, 2014, I checked the CM/ECF docket for this matter and determined that the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list.

2. **SERVED BY UNITED STATES MAIL:** On October 8, 2014, I served the following persons and/or entities at the last known address in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed as follows.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state the method for each person or entity served): Pursuant to F.R.Civ. P. 5 and/or controlling local rules, on August 20, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the Judge here constitutes a declaration that personal service on overnight mail to, the judge will be completed no late than by 12:00 p.m. (Noon) the following business day. Service information continued on attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 20, 2014, at Irvine, CA.

_____
Gaston Felton

- 3 -
PROOF OF SERVICE

806-2849

SERVICE LIST

<u>VICTORIA A. AMELINA V. MANUFACTURES AND TRADERS TRUST COMPANY aka M&T BANK, ET AL.</u>

Case No. 14CV1906-WQH-NLS

I.  **SERVED ELECTRONICALLY VIA NEF**

Jessica R.K. Dorman, Esq.
Robert L. Hyde, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Email: Jessica@westcoastlitigation.com
Email: bob@westcoastlitigation.com
[Attorneys for Plaintiff Victornia A. Amelina]

II. **SERVED VIA OVERNIGHT MAIL**

Honorable Judge Nita L. Stormes
United States District Court Southern District
12th Floor (Annex)
Suite 1210
333 West Broadway
San Diego, CA 92101

PROOF OF SERVICE
806-2849