1
2
3
4

Abe G. Salen (SBN 182366)
Email: abe.salen@wolffirm.com
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone:  (949) 720-9200
Fax:  (949) 608-0129

5
6

Attorneys for Defendant,
THE WOLF FIRM, A Law Corporation, erroneously sues as THE WOLF LAW FIRM, A Law Corporation

7

8

## UNITED STATES DISTRICT OF CALIFORNIA

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11
12
13
14

VICTORIA A. AMELINA, an individual; and A.A.; D.S and B.S., each individuals and minors by and through their Gaurdian Ad Litem, Victoria A. Amelina

15

Plaintiffs,

16

vs.

17
18
19

MANUFACTURES AND TRADERS TRUST COMPANY aka M&T BANK; SAFEGUARD PROPERTIES, LLC.; and THE WOLF LAW FIRM, A Law Corporation.

20
21

Defendants.

Case No.:  3:14-CV-1906-WQH-NLS

**NOTICE OF JOINDER AND JOINDER OF DEFENDANT THE WOLF FIRM TO DEFENDANT MANUFACTURERS AND TRADERS TRUST COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER DATED MARCH 13, 2015 RE DEFENDANTS' MOTIONS TO DISMISS UNDER FRCP RULE 12(b)(6)**

Date:   April 20, 2015
Time:  N.A
Dept:  14B

**NO   ORAL   ARGUMENT   UNLESS REQUESTED BY THE COURT**

22
23
24

TO   THE   HONORABLE   COURT,   ALL   PARTIES   AND   THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

25
26
27

**PLEASE TAKE NOTICE THAT** Defendant, THE WOLF FIRM, A Law Corporation hereby joins the Opposition filed by Defendant, MANUFACTURES AND TRADERS TRUST COMPANY aka M&T BANK, in response to Plaintiff's

28

NOTICE OF JOINDER AND JOINDER TO DEFENDANT MANUFACTURERS AND TRADERS TRUST COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER

MOTION FOR CLARIFICATION OF COURT'S ORDER DATED MARCH 13, 2015 RE DEFENDANTS' MOTIONS TO DISMISS UNDER FRCP RULE 12(b)(6) for the reasons set forth in Defendant's Opposition, Plaintiff's Motion should be denied, or alternatively, the Court should modify its order to state specifically that the action is dismissed with prejudice.


Date:  April 3, 2015                    THE WOLF FIRM, A Law Corporation


                                         _/s/ Abe G. Salen_____
                                        Abe G. Salen, Esq.
                                        Attorneys for Defendant,
                                        The WOLF FIRM, A Law Corporation

NOTICE OF JOINDER AND JOINDER TO DEFENDANT MANUFACTURERS AND TRADERS TRUST COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to nor interested in the within action.  My business address is 2955 Main Street, Second Floor, Irvine, California 92614.

A true and correct copy of the foregoing document(s), entitled:
**NOTICE OF JOINDER AND JOINDER OF DEFENDANT THE WOLF FIRM TO DEFENDANT MANUFACTURERS AND TRADERS TRUST COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OF COURT'S ORDER DATED MARCH 13, 2015 RE DEFENDANTS' MOTIONS TO DISMISS UNDER FRCP RULE 12(b)(6)** will be served or was served (a) on the judge in chambers in the form and manner required by Local Rule ("LR") 5.4.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders, the foregoing documents will be served by the Court via NEF and hyperlink to the document.  On April 3, 2015, I checked the CM/ECF docket for this matter and determined that the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list.

2. **SERVED BY UNITED STATES MAIL:**  On April 3, 2015, I served the following persons and/or entities at the last known address in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid and addressed as follows.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state the method for each person or entity served): Pursuant to F.R.Civ. P. 5 and/or controlling local rules, on April 3, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the Judge here constitutes a declaration that personal service on overnight mail to, the judge will be completed no late than by 12:00 p.m. (Noon) the following business day.  Service information continued on attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 3, 2015, at Irvine, CA.

Gaston Felton

# SERVICE LIST

Case No. 14CV1906-WQH-NLS

**I.     SERVED ELECTRONICALLY VIA NEF**

Jessica R.K. Dorman, Esq.
Robert L. Hyde, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Email: Jessica@westcoastlitigation.com
Email: bob@westcoastlitigation.com
[Attorneys for Plaintiff Victoria A. Amelina]

**II.    SERVED ELECTRONICALLY VIA NEF**

Kimberly D. Howatt, Esq.
Roger M. Mansukhani, Esq.
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Email: khowatt@gordonrees.com
Email: rmansukhani@gordonrees.com
[Attorneys for Defendant SAFEGUARD PROPERTIES, LLC.]

**III.   SERVED ELECTRONICALLY VIA NEF**

Robin P. Wright, Esq.
Patricia L. Penny, Esq.
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Email: rwright@wrightlegal.net
Email: ppenny@wrightlegal.net
[Attorneys for Defendant M&T Bank]

**IV.   SERVED VIA OVERNIGHT MAIL**

Honorable Judge William Q. Hayes
United States District Court Southern District
Courtroom 14B (14th Floor- Annex)
Suite 1480
333 West Broadway
San Diego, CA 92101

CERTIFICATE OF SERVICE