1  Jessica R. K. Dorman, Esq. (SBN: 279919)
2  jessica@westcoastlitigation.com
   Robert L. Hyde, Esq. (SBN: 227183)
3  bob@westcoastlitigation.com
4  **Hyde & Swigart**
   2221 Camino Del Rio South, Suite 101
5  San Diego, CA 92108
   T: (619) 233-7770
6  F: (619) 297-1022
7
8  Abbas Kazerounian, Esq. (SBN: 249203)
   ak@kazlg.com
9  **KAZEROUNI LAW GROUP, APC**
10 245 Fischer Avenue, Suite D1
   Costa Mesa, CA 92626
11 Telephone:  (800) 400-6808
12 Facsimile:  (800) 520-5523

13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORIA A. AMELINA, AN INDIVIDUAL; AND A.A.; D.S AND B.S., EACH INDIVIDUALS AND MINORS BY AND THROUGH THEIR GUARDIAN AD LITEM, VICTORIA A. AMELINA,**<br><br>PLAINTIFFS,<br>V.<br><br>**MANUFACTURERS AND TRADERS TRUST COMPANY AKA M&T BANK, SAFEGUARD PROPERTIES, LLC, AND THE WOLF LAW FIRM, A LAW CORPORATION,**<br><br>DEFENDANTS. | Case No: 14-CV-1906-WQH-NLS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date: January 19, 2016<br>Time: __N/A_____<br>Room: __N/A_____<br>Judge: Hon. William Q. Hayes<br><br>No Oral Argument Unless Requested by the Court |

1  **TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   **NOTICE OF HEREBY GIVEN** that on January 19, 2016 or as soon
3  thereafter as the matter may be heard, Plaintiffs through undersigned counsel, will
4  move this court located at 333 West Broadway, San Diego, CA 92101, Courtroom
5  14B for leave to amend to file a Third Amended Complaint.  Plaintiffs move this
6  Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure
7  granting Plaintiffs leave to file the Third Amended Complaint in the form shown in
8  the copy of the proposed Third Amended Complaint that is attached to the
9  Declaration of Jessica R. K. Dorman as Exhibit A.

10   This Plaintiffs' Notice of Motion and Motion for Leave to Amend to File a
11 Third Amended Complaint will be made based upon this Notice of Motion and
12 Motion, the accompanying Memorandum of Points and Authorities, Exhibits, court
13 records, any other attached or relevant documents, and such other oppositions,
14 replies, or briefs as may be properly presented to the Court at or prior to the hearing
15 of this motion. The grounds for this motion are fully set out in the Memorandum of
16 Points and Authorities below.

17                                              **Hyde & Swigart**

19 Date: December 16, 2015           By: /s/Jessica R. K. Dorman
20                                                  Jessica R. K. Dorman
                                                    Attorneys for Plaintiff