1  Jessica R. K. Dorman, Esq. (SBN: 279919)
2  jessica@westcoastlitigation.com
   Robert L. Hyde, Esq. (SBN: 227183)
3  bob@westcoastlitigation.com
4  **Hyde & Swigart**
   2221 Camino Del Rio South, Suite 101
5  San Diego, CA 92108
   T: (619) 233-7770
6  F: (619) 297-1022
7
   Abbas Kazerounian, Esq. (SBN: 249203)
8  ak@kazlg.com
9  **KAZEROUNI LAW GROUP, APC**
   245 Fischer Avenue, Suite D1
10 Costa Mesa, CA 92626
11 Telephone:  (800) 400-6808
   Facsimile:   (800) 520-5523
12
13 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORIA A. AMELINA, AN INDIVIDUAL; AND A.A.; D.S AND B.S., EACH INDIVIDUALS AND MINORS BY AND THROUGH THEIR GUARDIAN AD LITEM, VICTORIA A. AMELINA,**<br><br>            PLAINTIFFS,<br><br>V.<br><br>**MANUFACTURERS AND TRADERS TRUST COMPANY AKA M&T BANK, SAFEGUARD PROPERTIES, LLC, AND THE WOLF LAW FIRM, A LAW CORPORATION,**<br><br>            DEFENDANTS. | Case No: 14-CV-1906-WQH-NLS<br><br>**DECLARATION OF JESSICA R. K. DORMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>**Date: January 19, 2106**<br>**Time:  __N/A_____**<br>**Room:  __N/A_____**<br>**Judge: Hon. William Q. Hayes**<br><br>**No Oral Argument Unless Requested by the Court** |

I, Jessica R. K. Dorman, hereby declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for the Plaintiffs Victoria A. Amelina, an individual; and A.A.; D.S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina ("Plaintiffs") in the above-entitled action.

2. I am licensed to practice law before this court and all California State courts.

3. I am a member in good standing with the State Bar of California.

4. I have personal knowledge of the information contained in this declaration and could testify to such if called as a witness.

5. I submit this Declaration in support of Plaintiffs' Motion for Leave to Amend Plaintiffs' Complaint.

6. In reviewing the court's order granting Defendants' motions to Dismiss Plaintiffs' Second Amended Complaint, and discussing the matter with Plaintiffs, I determined that the Complaint could be amended to add additional factual allegations to address the deficiencies addressed by the Court.

7. Attached hereto as Exhibit A, is a true and correct copy of Plaintiffs' Proposed Third Amended Complaint.

**Hyde & Swigart**

Date: December 16, 2015        By: /s/Jessica R. K. Dorman
                                   Jessica R. K. Dorman
                                   Attorneys for Plaintiff