*Amelina et al v. Manufacturers and Traders Trust Company et al*
United States District Court, Southern District of California
Case No.: 3:14-cv-01906-WQH-NLS

# CERTIFICATE OF SERVICE

I, Eva Dickey, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- **Plaintiffs' Notice of Motion and Motion for Leave to File Third Amended Complaint**
- **Plaintiffs' Points and Authorities in Support of Motion for Leave to File Third Amended Complaint**
- **Declaration of Jessica R. K. Dorman in Support of Plaintiffs' Motion for Leave to File Third Amended Complaint**
- **Plaintiffs' Exhibit A**
- **Plaintiffs' Exhibit 1**
- **Plaintiffs' Exhibit 2**
- **Plaintiffs' Exhibit 3**
- **Plaintiffs' Exhibit 4**
- **Plaintiffs' Exhibit 5**
- **Plaintiffs' Exhibit 6**
- **Plaintiffs' Exhibit 7**
- **Plaintiffs' Exhibit 8**

On the interested parties in said case addressed as follows:

Patricia L. Penny
**Wright, Finlay & Zak, LLP**
4665 MacARthur Court, Suite 200
Newport Beach, CA 92660

Kimberly Diane Howatt
**Gordon and Rees**
101 West BRoadway, Suite 2000
San Diego, CA 92101

Abe Gordon Salen
**The Wolf Firm**
2955 Main Street, 2nd Floor
Irvine, CA 92614

HYDE & SWIGART
San Diego, California

Proof of Service

[X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 17, 2015, at San Diego, California.

_____
Eva Dickey

**HYDE & SWIGART**
San Diego, California

Proof of Service