WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Patricia L. Penny, Esq., SBN 124969
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
rwright@wrightlegal.net; ppenny@wrightlegal.net

Attorneys for Defendant, MANUFACTURERS AND TRADERS TRUST COMPANY aka M&T BANK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria A. Amelina, an individual; and A.A.; D. S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Manufacturers and Traders Trust Company aka M&T Bank, Safeguard Properties, LLC, and the Wolf Law Firm, A Law Corporation.<br><br>　　　　　　　Defendants. | Case No.: 3:14-cv-01906-WQH-NLS<br><br>**NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date:　January 19, 2016<br>Time:　N/A<br>Ctrm:　14B<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Defendant, MANUFACTURERS AND TRADERS TRUST COMPANY

-1-

1  aka M&T BANK ("M&T") does not oppose Plaintiffs' Motion for Leave to File
2  Third Amended Complaint, which proposed Third Amended Complaint is attached
3  to Plaintiffs' Motion.  M&T agrees to accept service of the Third Amended
4  Complaint, once filed, by mail on counsel of record.

                                                Respectfully submitted,

                                                WRIGHT, FINLAY & ZAK, LLP

Dated: January 4, 2016        By:   */s/ Patricia L. Penny, Esq.*
                                                Robin P. Wright, Esq.
                                                Patricia L. Penny, Esq.
                                                Attorneys for Defendant,
                                                MANUFACTURERS AND TRADERS
                                                TRUST COMPANY aka M&T BANK

NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

# PROOF OF SERVICE

I, L. ROBLEY, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On January 4, 2016, I served the within **NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** on all interested parties in this action as follows:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 4, 2016, at Newport Beach, California.

*/s/ L. Robley*
L. ROBLEY

1
PROOF OF SERVICE

# SERVICE LIST

Amelina v. Manufacturers and Traders
U.S.D.C.-S.D. Case No. 3:14-cv-01906-WQH-NLS

| | |
|---|---|
| Jessica R. K. Dorman, Esq.<br>Robert L. Hyde, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Tele: (619) 233-7770<br>Fax: (619) 297-1022<br>Email: jessica@westcoastlitigation.com<br>Email: bob@westcoastlitigation.com | Attorney for Plaintiffs,<br>**Victoria A. Amelina, etc., et al.** |
| Abbas Kazerounian, Esq.<br>Kazerouni Law Group, APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Tele: (800) 400-6808<br>Fax: (800) 520-5523<br>Email: ak@kazlg.com | Attorneys for Plaintiffs,<br>**Victoria A. Amelina, etc., et al.** |
| Roger M. Mansukhani, Esq.<br>Kimberly D. Howatt, Esq.<br>Joni M. Borzcik, Esq.<br>GORDON & REES LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tele: (619) 696-6700<br>Fax: (619) 696-7124<br>Email: rmansukhani@gordonrees.com<br>Email: khowatt@gordonrees.com<br>Email: jborzcik@gordonrees.com | Attorneys for Defendant,<br>**Safeguard Properties, LLC** |
| Abe Gordon Salen, Esq.<br>THE WOLF FIRM, A Law Corporation<br>2955 Main Street, Second Floor<br>Irvine, CA 92614<br>Tele: (949) 720-9200<br>Fax: (949) 608-0129<br>Email: abe.salen@wolffirm.com | Attorneys for Defendant,<br>**The Wolf Firm, A Law Corporation** |