# PLAINTIFFS' EXHIBIT 1

---

*In The Case Of*

*Victoria A. Amelina, an individual; and A.A.; D.S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina*

*v.*

*Manufacturers and Traders Trust Company aka M&T Bank, Safeguard Properties, LLC, and The Wolf Law Firm, A Law Corporation*

*14-cv-1906-WQH-NLS*





**M&T Bank**



8/14/2013

2-750-69801-0012343-003-01-000-000-000-000

VICTORIA A AMELINA
1355 NICOLETTE AVE UNIT 1313
CHULA VISTA  CA 91913

Re:  Mortgage No. 0053079034
Property Address: 1355 NICOLETTE AVE UNIT 1
             CHULA VISTA CA 91913
Name of Creditor to whom the debt is owed: LAKEVIEW LOAN SERVICING

Dear Customer:

M&T Bank(MTB), the servicer of the loan described above, is sending you
this notice that as of the date of this letter, the amount of the debt in
connection with this loan is $236,704.14 (including principal, accrued
interest, late charges and other fees if applicable).

The amount of the debt shown above may increase as a result of interest,
late charges and other amounts that may accrue after the date of this
letter.

Unless you notify us within thirty (30) days after the receipt of this
notice that you dispute the validity of this debt, or any portion of it,
we will assume the debt is valid. If you notify us in writing within this
thirty (30) day period that the debt or any portion is disputed, we will
obtain verification of the debt and mail a copy of the verification to
you.

If you send us a written request within thirty (30) days of this notice,
we will mail you the name and address of the original creditor on your
mortgage loan.

If you pay the amount shown above, an adjustment may be necessary after
we receive your payment and we will inform you before depositing your
payment. The amount of the debt specified above is also not the amount
needed to cure the default and bring your loan current, which will be
less than the total amount needed to pay the debt in full. For further
information, please write the undersigned or call me at 1-800-724-1633.

750-2004-1007F

If your legal obligation was previously discharged in Bankruptcy this paragraph applies to you: Nothing in this letter is to be construed as an attempt to collect a debt against you personally or an attempt to revive personal liability on any discharged debt. References to "debt" elsewhere in this letter should be read as references to amounts secured by the Mortgage or Deed of Trust. Although you cannot be held personally responsible for making the payments, M&T Bank continues to have the right to foreclose on the security real property if payments are not made or other conditions in the Mortgage or Deed of Trust are not met.

Unless you have received a discharge order of this debt from a bankruptcy court, please be advised this is an attempt to collect a debt and any information will be used for that purpose.

We would like to help you avoid foreclosure and are interested in working with you to come up with a solution in resolving the default on your Mortgage or Deed of Trust. Please contact us at 1-800-724-1633 to discuss various options that may be available to you.


Sincerely,


Robert Horan
Supervisor
Homeowners Assistance Center