**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Victoria A. Amelina, an individual; and A.A.; D. S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina,<br><br>                              Plaintiff,<br><br>     vs.<br><br>Manufacturers and Traders Trust Company aka M&T Bank, Safeguard Properties, LLC, and the Wolf Law Firm, A Law Corporation.<br><br>                              Defendants. | Case No.: 3:14-cv-01906-WQH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TELEPHONIC ENE AND CMC, AND RULE 26 COMPLIANCE**<br><br>(Dkt. No. 80) |

-1-
ORDER CONTINUING
EARLY NEUTRAL EVALUATION CONFERENCE

After full consideration of the Joint Motion and Stipulation of the parties to continue the previously set telephonic Early Neutral Evaluation and Case Management Conference, having no prior requests for a continuance and finding good cause for the Motion and Stipulation, the Court **GRANTS** the joint motion and **ORDERS** as follows**:**

    1.    The telephonic Early Neutral Evaluation and Case Management Conference is continued to **October 18, 2016** at **2:30 p.m.**  The parties must telephonically appear and Plaintiffs' counsel must arrange the conference call;

    2.    The Rule 26(f) conference must be completed on or before **October 4, 2016**;

    3.    The parties must lodge a Joint Discovery Plan with Judge Stormes by **October 11, 2016**.  The Joint Discovery Plan must address all points in the Model Rule 26(f) Report and Joint Case Management Statement; and

    4.    Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **October 11, 2016**.

Plaintiffs' counsel must serve a copy of this order on all parties that enter the case from this point forward.  Each responsible attorney of record and all parties representing themselves must participate in the conference.  Represented parties need not participate.

**IT IS SO ORDERED.**

Dated:  August 9, 2016

                              Hon. Nita L. Stormes
                              United States Magistrate Judge