1  WRIGHT, FINLAY & ZAK, LLP
2  Robin P. Wright, Esq., SBN 150984
   Patricia L. Penny, Esq., SBN 124969
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA 92660
   Tel: (949) 477-5050; Fax: (949) 608-9142
5  rwright@wrightlegal.net; ppenny@wrightlegal.net
6
7  Attorneys for Defendant, MANUFACTURERS AND TRADERS TRUST
   COMPANY aka M&T BANK
8
9
10 **UNITED STATES DISTRICT COURT**
11 **SOUTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| Victoria A. Amelina, an individual; and A.A.; D. S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina, | Case No.: 3:14-cv-01906-WQH-NLS |
| Plaintiff, | **M&T BANK'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| vs. | |
| Manufacturers and Traders Trust Company aka M&T Bank, Safeguard Properties, LLC, and the Wolf Law Firm, A Law Corporation. | |
| Defendants. | |

-1-
M&T BANK'S NOTICE OF PARTY WITH FINANCIAL INTEREST
Case No. 3:14-cv-001906 WQH-NLS

1  Pursuant to Federal Rule of Civil Procedure 7.1 (a) and Southern District
2  Civil Rule 40.2 , Defendant MANUFACTURERS AND TRADERS TRUST
3  COMPANY aka M&T BANK ("M&T") provides the following statement of
4  financial interest.
5  M&T is a subsidiary of M&T Bank Corporation (NYSE: MTB). No other
6  entity currently holds more than ten percent of the stock of M&T Bank
7  Corporation.

                                                           Respectfully submitted,

                                                           WRIGHT, FINLAY & ZAK, LLP

Dated: October 11, 2016       By:   */s/ Patricia L. Penny, Esq.*
                                                        Robin P. Wright, Esq.
                                                        Patricia L. Penny, Esq.
                                                       Attorneys for Defendant,
                                                       MANUFACTURERS AND TRADERS
                                                       TRUST COMPANY aka M&T BANK

# PROOF OF SERVICE

I, I. Brown, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On October 11, 2016, I served the within **M&T BANK'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on all interested parties in this action as follows:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2016, at Newport Beach, California.

*/s/ Brown*
I. Brown

# SERVICE LIST

<u>Amelina v. Manufacturers and Traders</u>
U.S.D.C.-S.D. Case No. 3:14-cv-01906-WQH-NLS

| | |
|---|---|
| Jessica R. K. Dorman, Esq.<br>Robert L. Hyde, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Tele: (619) 233-7770<br>Fax: (619) 297-1022<br>Email: jessica@westcoastlitigation.com<br>Email: bob@westcoastlitigation.com | Attorney for Plaintiffs,<br>**Victoria A. Amelina, etc., et al.** |
| Abbas Kazerounian, Esq.<br>Kazerouni Law Group, APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626<br>Tele: (800) 400-6808<br>Fax: (800) 520-5523<br>Email: ak@kazlg.com | Attorneys for Plaintiffs,<br>**Victoria A. Amelina, etc., et al.** |
| Roger M. Mansukhani, Esq.<br>Kimberly D. Howatt, Esq.<br>Joni M. Borzcik, Esq.<br>GORDON & REES LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tele: (619) 696-6700<br>Fax: (619) 696-7124<br>Email: rmansukhani@gordonrees.com<br>Email: khowatt@gordonrees.com<br>Email: jborzcik@gordonrees.com | Attorneys for Defendant,<br>**Safeguard Properties, LLC** |
| Abe Gordon Salen, Esq.<br>THE WOLF FIRM, A Law Corporation<br>2955 Main Street, Second Floor<br>Irvine, CA 92614<br>Tele: (949) 720-9200<br>Fax: (949) 608-0129<br>Email: abe.salen@wolffirm.com | Attorneys for Defendant,<br>**The Wolf Firm, A Law Corporation** |