UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA A. AMELINA, an individual; and A.A., D. S and B.S., each individuals and minors by and through their Guardian Ad Litem, Victoria A. Amelina,<br><br>Plaintiffs,<br><br>v.<br><br>MANUFACTURERS AND TRADERS TRUST COMPANY aka M&T BANK, SAFEGUARD PROPERTIES, LLC, and THE WOLF LAW FIRM, A Law Corporation,<br><br>Defendants. | Case No.:  3:14-cv-01906-WQH-NLS<br><br>**ORDER SETTING IN-PERSON SETTLEMENT CONFERENCE** |

On October 19, 2016, following a Case Management Conference, the Court set a deadline by which the parties were required to meet and confer to discuss scheduling an early settlement conference before any independent medical examinations or expert discovery on damages is conducted.  On January 6, 2017, the parties contacted chambers to request to schedule the settlement conference.  Accordingly, **IT IS ORDERED**:

1. An in-person Settlement Conference is **SET** for **March 29, 2017** at **2:30 p.m.** in the chambers of Magistrate Judge Stormes, Carter/Keep U.S. Courthouse, 333 West Broadway, Suite 1210, San Diego, California 92101.

2. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers by **March 22, 2017**. All parties are ordered to read and fully comply with the undersigned's chambers rules, which contains information on attendance requirements for settlement conferences.

**IT IS SO ORDERED.**

Dated:  January 9, 2017

Hon. Nita L. Stormes
United States Magistrate Judge