1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 Victoria A. Amelina, an individual; and | Case No.: 3:14-cv-01906-WQH-NLS |
| 12 A.A.; D. S and B.S., each individuals | |
| and minors by and through their | **ORDER GRANTING JOINT** |
| 13 Guardian Ad Litem, Victoria A. | **MOTION TO EXTEND** |
| Amelina, | **DEADLINE TO FILE JOINT** |
| 14 | **MOTION FOR** |
| | **DETERMINATION OF** |
| 15 Plaintiffs, | **DISCOVERY DISPUTE NO. 1** |
| vs. | |
| 16 | |
| 17 Manufacturers and Traders Trust | (Dkt. No. 92) |
| Company aka M&T Bank, Safeguard | |
| 18 Properties, LLC, and the Wolf Law | |
| Firm, A Law Corporation, | |
| 19 | |
| 20 Defendants. | |
| 21 | |
| 22 | |

23
24
25
26
27
28

-1-

Before the Court is Plaintiffs' and M&T Bank's stipulation and joint motion to extend the deadline to file their Joint Motion for Determination of Discovery Dispute No. 1 regarding Plaintiffs' responses to M&T's discovery requests.[1] M&T's discovery requests consisted of Requests for Production of Documents, Set 1; Requests for Admissions, Set 1; and Interrogatories, Set 1.

For good cause shown, the Court **GRANTS** the parties' joint motion. Accordingly, **IT IS ORDERED** that the deadline for the parties to file their Discovery Dispute No. 1 is extended to **March 24, 2017**.

**IT IS SO ORDERED.**

Dated:  February 28, 2017

Hon. Nita L. Stormes
United States Magistrate Judge

---

[1] The parties began each paragraph in their stipulation with the word "whereas." "Whereas" is an "archetypal legalism [that] used to be every lawyer's idea of how to begin a contract.  No longer. One easy way to avoid it … is to use the subtitle 'Background' or 'Recitals,' followed by short declarative sentences explaining what's about to be done and why."  Bryan Garner, Ax these terms from your legal writing, ABA JOURNAL (Apr. 2014), http://www.abajournal.com/magazine/article/ax_these_terms_from_your_legal_writing/.  The Court notifies the parties that it appreciates when plain language is used, and appreciates when parties avoid using unnecessary "legalese" like "whereas" whenever possible.